UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>NICOLAS PABLO-FRANCISCO,<br><br>         Defendant. | Case No. 23-cr-01355-BAS<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE (ECF No. 95)** |

  The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part A, these amendments changed the criminal history points added for defendants on post-release status when calculating a defendant's criminal history under U.S.S.G. § 4A1.1. Under Part B, these amendments added an "Adjustment for Certain Zero-Point Offenders." *Id.* § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who "did not receive any criminal history points" when calculating the defendant's criminal history. *Id.* § 4C1.1(a)(1)–(10).

Based on these amendments, Defendant Nicolas Pablo-Francisco brings a Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). (ECF No. 95.) However, when Defendant was sentenced on July 29, 2024 (ECF No. 88), the guideline changes were already in place. Therefore, Defendant received any benefit of the new guidelines, and the Motion for Reduction of Sentence (ECF No. 95) is **DENIED**.

    **IT IS SO ORDERED.**

**DATED: May 1, 2025**

                                          **Hon. Cynthia Bashant, Chief Judge**
                                          **United States District Court**